# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEROME TALLEY, | ) NO. **CV-15-5534-LRS** |
| Plaintiff, | ) |
| v. | ) **ORDER OF DISMISSAL** |
| FELICE P. CONGALTON, et al., | ) |
| Defendants. | ) |

Plaintiff has filed numerous motions since this court filed its "Order Denying Application To Proceed *In Forma Pauperis*" (ECF No. 9) on September 24, 2015. None of those motions (ECF Nos. 10, 11, 12, 13, 14, 15, 17 and 18) have any merit and therefore, all of them are **DENIED**.

Because Plaintiff has failed to pay the filing fee within the time specified, his Complaint and this action are **DISMISSED**.

Plaintiff may appeal this order to the Ninth Circuit Court of Appeals pursuant to 28 U.S.C. §1291. This court, however, will not entertain any further motions from the Plaintiff in the captioned matter.

**IT IS SO ORDERED.** The District Court Executive shall enter this order and forward a copy of the same to the Plaintiff.

**DATED** this ___4th___ day of November, 2015.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
Senior U. S. District Court Judge

**ORDER OF DISMISSAL-**     1